DCW

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ALFRED G. DIAZ,

        Defendant.

- - - - - - - - - - - - - - - - -X

S U P P L E M E N T A L
A F F I D A V I T

(21 U.S.C. §§ 952(a)
and 960)

09-M-1117

EASTERN DISTRICT OF NEW YORK, SS:

       CHRISTOPHER McKELVY, being duly sworn, deposes and states that he is a Special Agent with United States Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on November 12, 2009.

       Commencing on or about November 12, 2009, the defendant ALFRED G. DIAZ passed a total of 41 pellets with a total gross weight of approximately 534.3 grams of cocaine.

WHEREFORE, your deponent respectfully requests that the defendant ALFRED G. DIAZ be dealt with according to law.

CHRISTOPHER McKELVY
Special Agent
Immigration and Customs Enforcement

Sworn to before me this
14th day of November, 2009

2