# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA          :

    VS.          :          Crim. No. 09-1117

_Diaz_          :
Defendant

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or its agents. I do not wish to speak to an agent or prosecutor until the case is over, and I do not wish to be contacted by the government unless my counsel is present.

_____
(Defendant signature)

_____Weil_____
(Attorney's name)

_____
(Attorney's signature)

Date: 11/14/09