EK:TMS
F.#2009R02229

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 02 2009 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ALFRED G. DIAZ,

        Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

CR 09- 812

(T. 21, U.S.C., §§ 841(a)(1),
841(b)(1)(B)(ii)(II),
952(a), 960(a)(1) and
960(b)(2)(B)(ii); T. 18,
U.S.C., §§ 3551 et seq.)

MAUSKOPF, J.

GOLD, M.J.

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Importation of Cocaine)

On or about November 11, 2009, within the Eastern District of New York and elsewhere, the defendant ALFRED G. DIAZ did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(B)(ii); Title 18, United States Code, Sections 3551 et seq.)

<u>COUNT TWO</u>
(Possession of Cocaine With Intent to Distribute)

On or about November 11, 2009, within the Eastern District of New York, the defendant ALFRED G. DIAZ did knowingly and intentionally possess with intent to distribute a controlled

substance, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

2

F. #2009R02229
FORM DBD-34
JUN 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

Alfred G. Diaz,

Defendants.

## INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(B)(ii)(II), 952(a), 960(a)(1) and 960(b)(2)(B)(ii); T. 18, U.S.C., §§ 3551 et seq.)

A true bill.

_____ Foreman

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____ Clerk

Bail, $ _____

*Thomas M. Sullivan, Assistant U.S. Attorney (718.254.7580)*